IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RESIDENTIAL CREDIT SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERICKSON TAYLOR SMITH a/k/a Erickson T. Smith, LORETTA SHELTON SMITH a/k/a Loretta S. Smith, UNITED STATES OF AMERICA, UNKNOWN OWNERS and NON-RECORD CLAIMANTS, <br><br> Defendants. | No.  13-cv-140-JPG-DGW |

### RULE 54(b) JUDGMENT

This matter having come before the Court, plaintiff Residential Credit Solutions, Inc. having voluntarily dismissed defendants Unknown Owners and Non-Record Claimants, defendant United States of America having disclaimed and waived its claim, and the Court having found no just reason for delay in entry of judgment on these claims,

IT IS HEREBY ORDERED AND ADJUDGED that the claim involving defendant United States of America is dismissed with prejudice and that the United States of America has no claim to the property at issue in this case and has waived its redemption rights; and

IT IS FURTHER ORDERED AND ADJUDGED that the claims involving defendants Unknown Owners and Non-Record Claimants are dismissed without prejudice.

The remainder of this case is remanded to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois.

**DATED: April 29, 2013**         NANCY J. ROSENSTENGEL, Clerk of Court

s/Brenda K. Lowe, Deputy Clerk


**Approved:**     s/J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**